B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Middle District of Florida

In re   How and Wen, Inc.                               Case No. _____
                              Debtor(s)                 Chapter   11

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| ASI Assurance<br>PO Box 33018<br>Saint Petersburg, FL 33733-8018 | ASI Assurance<br>PO Box 33018<br>Saint Petersburg, FL 33733-8018 | Insurance | | 12,000.00 |
| City of St. Augustine<br>Financial Services Center<br>50 Bridge Street<br>Saint Augustine, FL 32084 | City of St. Augustine<br>Financial Services Center<br>50 Bridge Street<br>Saint Augustine, FL 32084 | Water bill | Subject to Setoff | 59.00 |
| FP & L<br>P.O. Box 025576<br>Miami, FL 33102 | FP & L<br>P.O. Box 025576<br>Miami, FL 33102 | Electrictiy | | 145.00 |
| Hubert Howard<br>505 C. Street<br>Saint Augustine, FL 32080 | Hubert Howard<br>505 C. Street<br>Saint Augustine, FL 32080 | Promissory Note | Contingent<br>Subject to Setoff | 535,000.00 |
| Putnam State Bank<br>350 State Road 19 North<br>Palatka, FL 32177 | Putnam State Bank<br>350 State Road 19 North<br>Palatka, FL 32177 | Real Property Location: 15 Ponciana Cove Road, St. Augustine, Florida 32084<br>Legal Description: 5-46 FORT MOOSA GARDENS BLK E LOT 45 | Disputed | 452,000.00<br><br>(380,000.00 secured) |
| St. Johns County Tax Collector<br>4030 Lewis Speedway<br>Saint Augustine, FL 32084 | St. Johns County Tax Collector<br>4030 Lewis Speedway<br>Saint Augustine, FL 32084 | | Contingent<br>Unliquidated | 38,000.00 |
| | | | | |
| | | | | |
| | | | | |

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Middle District of Florida

In re   How And Wen, Inc.
                              Debtor(s)

Case No.
Chapter   11

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
### DECLARATION UNDER PENALTY OF PERJURY
### ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date   **March 29, 2010**              Signature   */s/ Donna Wendler, President How-Wendler*
                                                    Donna R. Wendler
                                                    President

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.